# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JPMORGAN CHASE BANK, N.A.,

      **Plaintiff,**

v.                                            Case No:   6:17-cv-110-Orl-22DCI

SUN STATE CAPITAL PROPERTIES,
LLC, U.S. SMALL BUSINESS
ADMINISTRATION and FLORIDA
FIRST CAPITAL FINANCE
CORPORATION, INC,

      **Defendants.**

## ORDER

This cause is before the Court on Amended Motion for Attorneys' Fees and Costs (Doc. No. 73) filed on May 15, 2018.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED in part and DENIED in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed July 12, 2018 (Doc. No. 76), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Amended Motion for Attorneys' Fees and Costs (Doc. No. 73) is hereby GRANTED in part and DENIED in part.

3. The Motion for Attorneys' Fees is hereby GRANTED. Plaintiff is hereby awarded $28,812.60 in attorney fees against Sun State Capital Properties, LLC.

4. The Motion for Costs is DENIED without prejudice. The Court notes that the Plaintiff filed a Renewed Motion for Costs on July 25, 2018 (Doc. No. 79).

**DONE** and **ORDERED** in Orlando, Florida on July 30, 2018.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties